UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:15-cv-00102-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to a stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY(hereinafter, referred to as "TRAVELERS") and Defendant CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (hereinafter referred to collectively as "CENTEX") and for good cause showing:

**IT IS HEREBY ORDERED THAT** TRAVELERS shall file a First Amended Complaint by April 6, 2015;

1   **IT IS FURTHER ORDERED THAT** CENTEX has no obligation to respond to Travelers'
2   original Complaint filed January 14, 2015;
3   **SO ORDERED.**
4   Dated:  March 27, 2015

_____
Troy L. Nunley
United States District Judge