**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao (SBN 250735)
Puja Amin (SBN 299547)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
pamin@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00102-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES SET IN INITIAL SCHEDULING ORDER** |

## ORDER

**IT IS HEREBY ORDERED THAT** pursuant to a stipulation of the parties and for good cause, the deadlines set in the June 19, 2015, Initial Scheduling Order [Dkt. 12], are hereby continued to the following dates:

///

///

///

///

///

---

1

| Deadline | Date |
|---|---|
| Non-expert Discovery Cutoff | April 5, 2016 |
| Expert Disclosure | June 6, 2016 |
| Dispositive Motion (Hearing) Deadline | October 20, 2016 |
| Pretrial Conference | January 26, 2017, at 2:00 PM |
| Jury Trial (7-10 day estimate) | April 24, 2017, at 9:00 AM |

**SO ORDERED.**

Dated:  December 22, 2015

_____
Troy L. Nunley
United States District Judge